COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Jennifer Ann Larkins-Ruby v. Sealy Independent School District

Appellate case number:    01-18-00746-CV

Trial court case number:    2015V-0134

Trial court:    155th District Court of Austin County

Appellant, Jennifer Ann Larkins-Ruby, has filed a notice of appeal in trial court cause number 2015V-0134. *See* TEX. R. APP. P. 25.1. Appellant has filed a motion for an extension of time to file her brief.

The appellant record currently is due to be filed in this Court on October 15, 2018. *See* TEX. R. APP. P. 34.1, 35.1. To date, neither a clerk's record or nor a reporter's record has been filed. Because the appellate record is not yet complete, appellant's brief is not yet due. *See* TEX. R. APP. P. 38.6. Accordingly, appellant's motion to extend time is **dismissed as moot**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
　　　　　　　　　　☑ Acting individually    ☐ Acting for the Court

Date: October 16, 2018